UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN BEYER,<br><br>　　　　　　Defendant. | NO. CR21-163-RSL<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property:

　　a.　One custom built desktop computer seized from Defendant on or about January 23, 2019;

　　b.　One HP laptop computer seized from Defendant on or about January 23, 2019;

　　c.　One Intel SSD 510 Series External Hard Drive seized from Defendant on or about January 23, 2019; and,

　　d.　One Samsung Galaxy S8 seized from Defendant on or about January 23, 2019.

Final Order of Forfeiture - 1
*United States v. Jonathan Beyer,* CR21-163-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other pleadings and Orders in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On February 4, 2022, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting Defendant's interest in it (Dkt. No. 30);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 32) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for Final Order of Forfeiture, ¶ 2, Ex. A); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this   14th   day of September, 2022.

*[signature: M S Lasnik]*

THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Jonathan Beyer,* CR21-163-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2

3  *s/ Karyn S. Johnson*
   KARYN S. JOHNSON
4  Assistant United States Attorney
   United States Attorney's Office
5  700 Stewart Street, Suite 5220
6  Seattle, WA 98101
   Phone: (206) 553-2462
7  Fax: (206) 553-6934
8  Karyn.S.Johnson@usdoj.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Final Order of Forfeiture - 3
*United States v. Jonathan Beyer,* CR21-163-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970